1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   VLADIMIR J. KOZINA (SBN: 284645)
3  vjkozina@mayallaw.com
   2453 Grand Canal Boulevard
4  Stockton, California 95207-8253
   Telephone: (209) 477-3833
5  Facsimile: (209) 473-4818

6  Attorneys for Plaintiff Charles Riley

7  STEVEN A. GROODE, Bar No. 210500
   sgroode@littler.com
8  LITTLER MENDELSON, P.C.
   2049 Century Park East
9  5th Floor
   Los Angeles, CA  90067.3107
10 Telephone:    310.553.0308

11 JOHN H. ADAMS, JR., Bar No. 253341
   jhadams@littler.com
12 LITTLER MENDELSON, P.C.
   500 Capitol Mall
13 Suite 2000
   Sacramento, CA  95814
14 Telephone:    916.830.7200

15 Attorneys for Defendant
   MEDLINE INDUSTRIES, INC.

16
UNITED STATES DISTRICT COURT

17
EASTERN DISTRICT OF CALIFORNIA

18

19 | CHARLES RILEY,                          | Case No. 2:20-CV-00226-TLN-EFB

20 |         Plaintiff,                      | *Assigned to District Judge Troy L. Nunley;*
                                             | *Referred to Magistrate Judge Edmund F. Brennan*
21 |    v.

22 | MEDLINE INDUSTRIES, INC.; and            | **JOINT STIPULATION AND ORDER TO
   | DOES 1-100, inclusive ,                  | STAY ACTION**
23
   |         Defendant.
24

25

26

27

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Case No. 2:18-CV-02626-TLN-EFB

JOINT STIPULATION AND ORDER TO STAY ACTION

1  Plaintiff Charles Riley ("Plaintiff" or "Riley") and Defendant Medline Industries, Inc.
2  ("Defendant" or "Medline") (collectively referred to herein as the "Parties"), by and through their
3  counsel of record and subject to the Court's approval and order, hereby stipulate as follows:

4  WHEREAS, Medline is the defendant in two related actions currently pending before this
5  Court, titled *Charles Riley v. Medline Industries, Inc.*, Case No. 2:18-cv-02626-TLN-EFB (the "First
6  Riley Action") and *Judy Perez v. Medline Industries, Inc.*, Case No. 2:19-cv-00662-TLN-EFB (the
7  "Perez Action");

8  WHEREAS, on October 17, 2018, Medline filed a Motion to Compel Arbitration and Stay
9  Proceedings in the First Riley Action based on an arbitration agreement entered into between Plaintiff
10 and Medline;

11 WHEREAS, the Court took Defendant's Motion to Compel Arbitration under submission on
12 November 28, 2018, and stayed the First Riley Action;

13 WHEREAS, on July 3, 2019, the Court entered an Order staying all dates and deadlines in the
14 Perez Action pending resolution of the Motion to Compel Arbitration in the First Riley Action;

15 WHEREAS, Medline intends to file a Motion to Compel Arbitration in this action;

16 WHEREAS, the arbitration agreement at issue in the First Riley Action and the Perez Action
17 is the same arbitration agreement executed by Plaintiff and Defendant in this action;

18 WHEREAS, the plaintiffs in the First Riley Action and the Perez Action are represented by
19 the same counsel as the plaintiff in this action, and Medline is represented by the same counsel in all
20 three actions;

21 WHEREAS, on June 24, 2020, the Court issued its Related Case Order, reassigning this action
22 and the Perez Action to District Judge Troy L. Nunley and Magistrate Judge Edmund F. Brennan and
23 directing the parties to file a joint stipulation and order for stay of this action for consideration by the
24 Court, if they so wished;

25 WHEREAS, the Parties met and conferred regarding this matter and agree that, in the interest
26 of judicial economy and to conserve the Parties' resources, this action should be stayed.

27 ////
28 ////

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.                                              Case No. 2:18-CV-02626-TLN-EFB
JOINT STIPULATION AND ORDER TO STAY ACTION

THEREFORE, the Parties respectfully request that the Court enter an Order staying all dates and deadlines in this action pending resolution of Defendant's Motion to Compel Arbitration in the First Riley Action.

Dated: June 29, 2020

        */s/ John H. Adams, Jr.*
STEVEN A. GROODE
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MEDLINE INDUSTRIES, INC.

Dated: June 29, 2020

        */s/ Vladimir J. Kozina* (as authorized on 06.29.20)
ROBERT J. WASSERMAN
VLADIMIR J. KOZINA
MAYALL HURLEY P.C.
Attorneys for Plaintiff
CHARLES RILEY

**ORDER**

IT IS SO ORDERED that all dates and deadlines in this matter are hereby STAYED pending the Court's ruling on Defendant's Motion to Compel Arbitration in Case No. 2:18-cv-2626-TLN-EFB. Not later than ten (10) days after electronic filing of an order in that case, the parties to this action are ORDERED to file a joint status report concerning the status of this case, with proposed deadlines going forward, as necessary.

DATED: June 29, 2020

        Troy L. Nunley
United States District Judge